Supreme Court—Ricci v. Meyer.

ATTILLIO. RICCI, RELATOR, v. FRANK A. MEYER ET AL.,
BUILDING COMMITTEE OF THE BOROUGH OF CLIFF-
SIDE PARK ET AL., RESPONDENTS.

Decided January 18, 1927.

**Building Permits—Apartment-House—Building Code Examined
and Held Violative of Constitutional Rights—Peremptory
Writ Awarded.**

On rule for *mandamus.*

Before Justices BLACK and CAMPBELL.

For the relator, *John H. Sheridan.*

For the respondents, *Arthur M. Agnew.*

PER CURIAM.

This is an application for a writ of *mandamus* to compel
the issuance to relator of a building permit for the erection
of a four-story, thirty-four family apartment-house on lands
of relator, situate on the southerly side of Knox avenue, in
the borough of Cliffside Park.  Application was made to the
building inspector, who denied it, and then the matter was
brought before the borough council at a meeting held Sep-
tember 13th, 1926, which body also denied the application
upon the ground that the proposed apartment-house, if con-
structed, would violate the set-back regulation of the building
code as well as the provisions of the zoning ordinance.

The zoning ordinance regulates and restricts development
in Knox avenue, in the section where relator's property is
situated, to one and two-family houses.

Section 18 of the building code provides as follows: "Where
at least one-half of the buildings situated on either side of
the street between two intersecting streets conform to a mini-
mum set-back line, no new buildings shall be erected and no

existing building shall be reconstructed or altered to project beyond such set-back line."

Such a provision in an ordinance we think so clearly violates the constitutional rights of property owners as not to permit of argument or require citation of authority.

The other reasons assigned by respondents against the allowance of the writ applied for are such only as have been repeatedly passed upon by the Court of Errors and Appeals and this court, adversely to respondents' contentions.

The question of appeal to the board of adjustment is not raised by respondents nor have we before us any proof that such a board or body exists in the borough of Cliffside Park.

A peremptory writ of *mandamus* is therefore allowed, with costs.